```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

CEDRICK ROBINSON                              CIVIL ACTION

VERSUS                                        NO: 12-1327

WARDEN LYNN COOPER                            SECTION: R

## ORDER

Before the Court are Cedrick Robinson's Petition for a Writ of Habeas Corpus (R. Doc. 1) and his objections (R. Doc. 23) to the Magistrate Judge's Report and Recommendation that the petition be denied with prejudice (R. Doc. 22). The Court, having reviewed *de novo* the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, Cedrick Robinson's petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE.

Further, the Court will not issue a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue." Rules Governing Section 2254 Proceedings, Rule 11(a). A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of

the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); Rules Governing Section 2254 Proceedings, Rule 11(a) (noting that 28 U.S.C. § 2253(c)(2) supplies the controlling standard). In *Miller-El v. Cockrell*, the Supreme Court held that the "controlling standard" for a certificate of appealability requires the petitioner to show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different matter or that the issues presented [are] 'adequate to deserve encouragement to proceed further.'" *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). With respect to claims denied on procedural grounds, the petitioner must make a two-part showing: (1) that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling," and (2) that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right." *Johnson v. Quarterman*, 483 F.3d 278, 284 (5th Cir. 2007) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). Here, Robinson has not made a substantial showing of the denial of a constitutional right. Further, the issues would not engender debate among reasonable jurists. The Court therefore will not issue a certificate of appealability.

New Orleans, Louisiana, this 2nd day of May, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE